STATE OF CONNECTICUT *v.* AARON SLOAN
(11906)

O'CONNELL, SCHALLER and FREEDMAN, Js.

Argued May 1—decision released May 30, 1995

*Barry A. Butler,* assistant public defender, for the appellant (defendant).

*Richard F. Jacobson,* assistant state's attorney, with whom, on the brief, were *Donald A. Browne,* state's attorney, and *Linda Howe,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.